# United States District Court
## For The Western District of North Carolina
## Statesville Division

DEWAYNE LEE ANTHONY,

    Plaintiff(s),

vs.

JOHN HARVEY SMITH,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV33-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 19, 2010, Order.

Signed: March 19, 2010

FRANK G. JOHNS, CLERK

By: Carolyn B. Bouchard
Deputy Clerk