# United States District Court
# For The Western District of North Carolina
# Statesville Division

DEWAYNE LEE ANTHONY,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:10CV33-3-MU

JOHN HARVEY SMITH,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2010, Order.

                        Signed: August 2, 2010

                        */s/ Frank G. Johns*

                        Frank G. Johns, Clerk
                        United States District Court